UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD YAO,<br><br>          Plaintiff,<br><br>     v.<br><br>COCO ALTATIS, et al.,<br><br>          Defendants. | Case No.  25-cv-08745-VKD<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Re: Dkt. Nos. 12, 13 |

On February 25, 2026, the Court entered an order directing plaintiff Todd Yao to file a further status report advising the Court of the status of service of the complaint and summons on defendants by April 16, 2026.  Dkt. No. 12.  After Mr. Yao failed to file a status report by April 16, 2026, the Court issued another order directing Mr. Yao to file a further status report by noon on April 20, 2026.  Dkt. No. 13.  The docket reflects that Mr. Yao did not file a status report in response to this order either.

By **April 28, 2026**, Mr. Yao shall file a written response to this order, showing cause why the action should not be dismissed for failure to prosecute and/or failure to comply with the Court's orders, and why the Court should not impose monetary or other sanctions against Mr. Yao and/or his counsel, Andrew G. Watters, for failure to comply with the Court's orders.  Mr. Yao and Mr. Watters shall appear **in person** for a show cause hearing on **May 12, 2026 at 10:00 a.m.** in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113.

In view of this order, the Court vacates the initial case management conference.

//

//

**IT IS SO ORDERED.**

Dated: April 21, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2