UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TODD YAO,

Plaintiff,

v.

COCO ALTATIS, et al.,

Defendants.

Case No. 25-cv-08745-VKD

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS**

Re: Dkt. No. 19

On June 2, 2026, the Court issued an order denying without prejudice plaintiff Todd Yao's motion for leave to conduct early discovery. Dkt. No. 18. The denial was "without prejudice to Mr. Yao amending his complaint and filing a new motion that addresses the relevant considerations and the deficiencies identified in" the June 2, 2026 order. *Id.* at 8. On July 6, 2026, the Court issued an order noting that there has been no activity on the docket since the Court's June 2, 2026 order and directing Mr. Yao to file a status report advising the Court of how he intends to proceed by July 20, 2026. Dkt. No. 19. The docket reflects that Mr. Yao did not file a status report. This is now the third time the Court has noted Mr. Yao's failure to comply with the Court's orders. *See* Dkt. Nos. 13, 14.

A district court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). By **August 4, 2026**, Mr. Yao shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute this case and failure to comply with the Court's July 6, 2026 order. If Mr. Yao does not respond to this order by the August 4, 2026 deadline, the Court will issue an order reassigning this action to a district judge with a

United States District Court
Northern District of California

recommendation that the complaint be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California